IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:22-cr-92-DLF-1 |
| | ) | |
| BRIAN GLENN BINGHAM | ) | |

### DEFENDANT'S NOTICE TO COURT RE: SPEEEDY TRIAL

**COMES NOW** the Defendant, **BRIAN GLENN BINGHAM,** by and through undersigned counsel, and submits this notice to the Court to supplement the Motion to Continue Status Conference filed on August 15, 2022. ECF No. 38. Mr. Bingham has conferred with undersigned counsel regarding his right to a speedy trial. Mr. Bingham expressly waives his right to a speedy trial until September 6, 2022.

Dated this 23rd day of August 2022.

Respectfully submitted,

**s/ Sandi Y. Dawson**
**SANDI Y. DAWSON**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sandi_Dawson@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:22-cr-92-DLF-1 |
| ) | |
| BRIAN GLENN BINGHAM ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Sandi Y. Dawson**
**SANDI Y. DAWSON**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sandi_Dawson@fd.org