**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 1:22-cr-92-DLF-1** |
| | ) | |
| **BRIAN GLENN BINGHAM** | ) | |

<u>**MOTION TO WITHDRAW AND MOTION FOR**</u>
<u>**APPOINTMENT OF SUBSTITUTE COUNSEL**</u>

**NOW COMES** the Federal Defenders, Middle District of Alabama, by and through undersigned counsel, Sandi Y. Dawson, and respectfully moves the Court for an order allowing her and the Federal Defenders, Middle District of Alabama to withdraw as appointed counsel for Defendant Brian Glenn Bingham due to irreconcilable differences.

On March 13, 2023, Mr. Bingham requested paperwork to end his relationship with undersigned counsel. He made this request via text message and refuses to speak with undersigned counsel by telephone. Mr. Bingham further requested that the court be made aware that undersigned counsel is unable to understand what he requested in this and other text messages.

Mr. Bingham has not yet determined whether he will retain private counsel or needs substitute counsel appointed to represent him. Should he need appointed counsel, CJA Panel Attorney Donnie Wayne Bethel has agreed to accept appointment to Mr. Bingham's case if the Court approves.

Mr. Bingham is being served with a copy of this motion via email and United States Postal Service.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving her as counsel of record and appointing CJA Panel Donnie Wayne Bethel as counsel for Defendant. In

the alternative, undersigned counsel respectfully requests a hearing be set in two weeks, which

would provide Mr. Bingham ample time to determine whether he will retain counsel.

Dated this 13th day of March 2023.

Respectfully submitted,

**s/ Sandi Y. Dawson**
**SANDI Y. DAWSON**
**Bar No.: CA292946**
**Federal Defenders**
**Middle District of Alabama**
**817 South Court Street**
**Montgomery, AL 36104**
**TEL:  (334) 834-2099**
**FAX:  (334) 834-0353**
**E-Mail: Sandi_Irwin@fd.org**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 1:22-cr-92-DLF-1** |
| | ) | |
| **BRIAN GLENN BINGHAM** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing is being served upon Mr. Brian Glenn Bingham.

Respectfully submitted,

**s/ Sandi Y. Dawson**
**SANDI Y. DAWSON**
**Bar No.: CA292946**
**Federal Defenders**
**Middle District of Alabama**
**817 South Court Street**
**Montgomery, AL 36104**
**TEL:  (334) 834-2099**
**FAX:  (334) 834-0353**
**E-Mail: Sandi_Dawson@fd.org**