# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 1:22-CR-00092-DLF** |
| ) | |
| **BRIAN BINGHAM** ) | |

## NOTICE OF APPEARANCE

Undersigned Counsel, Donnie W. Bethel, enters his appearance on behalf of Defendant, **BRIAN BINGHAM.**

Dated this 3rd day of May, 2023.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email: donbethel@att.net

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net