IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00092-DLF |
| | ) | |
| BRIAN BINGHAM | ) | |

**MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE**

**BRIAN** BINGHAM, through Undersigned Counsel, moves the Court to amend his conditions of supervised release to transfer his reporting requirement from the Middle District of Alabama to the Middle District of Florida. In support of this motion, Mr. Bingham states as follows.

1. The United States Probation Office for the Middle District of Alabama has granted permission for Mr. Bingham to move to Fort Myers, Florida.

2. Mr. Bingham has secured a residence and has moved to Florida.

**WHEREFORE,** Mr. Bingham moves the Court to grant his motion

Dated this 14th day of June, 2023.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

## **CERTIFICATE OF SERVICE**

I certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net