# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 22-CR-92 (DLF) |
| : | |
| BRIAN GLENN BINGHAM, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT CONCERNING
## MOTION TO AMEND CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Brian Glenn Bingham, by and through his attorney, Donnie Bethel, Esq., now submit this joint status report in response to the Court's request with respect to the defendant's motion to amend conditions of release (ECF 48).

1. The government has no objection to the defendant's request to amend his conditions transferring his reporting requirement from the Middle District of Alabama to the Middle District of Florida.

2. The Middle District of Florida has agreed to supervise the defendant.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  *s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant United States Attorney
Capitol Siege Detailee
N.Y. Bar No. 5032883
601 D Street, N.W.
Washington, D.C. 20579
973-645-2757
Christopher.Amore@usdoj.gov