IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00092-DLF |
| | ) | |
| BRIAN BINGHAM | ) | **EX PARTE** |

**EX PARTE MOTION FOR EXTRAORDINARY EXPENSE (PSYCHOLOGIST)**

**BRIAN BINGHAM**, through Undersigned Counsel, and pursuant to 18 USC §3006A(e)(1), requests that the Court authorize up to $3,000 to retain a psychologist to evaluate Mr. Bingham, with leave to request additional funds, should it become necessary. In support of his Motion, Mr. Bingham states the following.

1. On March 18, 2022, a grand jury returned a six-count Indictment against Mr. Bingham and two codefendants. (Doc. 32). These six counts charge Mr. Bingham with violations of multiple statutes stemming from events that took place in and around the United States Capitol building on January 6, 2021, including the alleged assault of a federal officer in the execution of his duties, in violation of 18 U.S.C. § 111(a)(1).

2. Mr. Bingham served on active duty in the United States Army for nearly 10 years, from September of 2005 until April of 2014. He served more than another four years in the Army Reserves, until he was discharged in 2018. During his service on active duty, Mr. Bingham served two combat tours in Iraq. Due to traumatic events he experienced during his combat tours, Mr. Bingham was diagnosed with post-traumatic stress disorder, an all-too-common diagnosis for combat veterans.

3. While at the Capitol building on January 6, 2021, Mr. Bingham was an eye-

witness to the killing of Ashley Babbit. While in the Army, Mr. Bingham had extensive training as a combat medic. Because of that training, Mr. Bingham immediately offered to provide medical assistance to Ms. Babbitt after she was shot, but officers on the scene denied his request. It was after experiencing this traumatic event that Mr. Bingham is alleged to have assaulted the federal officer.

4. Due to his discussions with Mr. Bingham and Mr. Bingham's history of PTSD, Undersigned Counsel has developed concerns about Mr. Bingham's mental state after witnessing the shooting of Ms. Babbitt and before he is alleged to have assaulted the federal officer.

5. Undersigned Counsel seeks to have a psychologist evaluate Mr. Bingham to assess whether Mr. Bingham was legally competent at the time of the alleged assault. Due to some concerns of Mr. Bingham's previous counsel, the Federal Defenders Office for the Middle District of Alabama had Mr. Bingham evaluated by Dr. Christine Bailey in March of 2023. The purpose of that evaluation was to assess Mr. Bingham's mental-health status at the time; it did not address whether Mr. Bingham's mental-health status at the time he is alleged to have committed the assault.

**WHEREFORE**, Mr. Bingham respectfully requests that the Court authorize up to $3,000 to retain a psychologist to evaluate Mr. Bingham, with leave to request additional funds, should it become necessary.

Dated this 11th day of January, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**

**DONNIE W. BETHEL**

Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net