IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00092-DLF |
| | ) | |
| BRIAN BINGHAM | ) | <u>EX PARTE</u> |

### <u>EX PARTE MOTION FOR EXTRAORDINARY EXPENSE (INVESTIGATOR)</u>

**BRIAN BINGHAM**, through Undersigned Counsel, and pursuant to 18 USC §3006A(e)(1), requests that the Court authorize up to $3,000 to retain an investigator, with leave to request additional funds, should it become necessary. In support of his Motion, Mr. Bingham states the following.

1. On March 18, 2022, a grand jury returned a six-count Indictment against Mr. Bingham and two codefendants. (Doc. 32). These six counts charge Mr. Bingham with violations of multiple statutes stemming from events that took place in and around the United States Capitol building on January 6, 2021.

2. Mr. Bingham intends to engage the investigator to conduct witness interviews, to conduct background investigations of potential Government witnesses, and to assist in trial preparation. The investigator may also be a necessary witness at trial, depending upon the what the investigator uncovers.

3. This investigative work is necessary in order for Undersigned Counsel to effectively represent Mr. Bingham and his interests in this matter. The Government has relied on the services of numerous trained criminal investigators to construct a case against Mr. Bingham. Without independent investigative assistance, Mr. Bingham has no realistic way to

meet or counteract the prosecution's advantage in this area. Mr. Bingham has previously been declared indigent by this Court and he is financially unable to obtain these services on his own.

**WHEREFORE**, Mr. Bingham respectfully requests that the Court authorize up to $3,000 to retain an investigator, with leave to request additional funds should it become necessary.

Dated this 11th day of January, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net