## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:22-CR-00092-DLF** |
| | ) | |
| **BRIAN BINGHAM** | ) | |

## MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES

**BRIAN BINGHAM**, through Undersigned Counsel, moves the Court to continue for 180 days his trial that is now set for February 5, 2024. In support of this motion, Mr. Bingham states as follows.

1.      The United States, through Assistant United States Attorney Christopher Amore, opposes this motion.

2.      A criminal complaint was filed against Mr. Bingham on May 17, 2021. He was arrested on the complaint in Montgomery, Alabama, on June 22, 2021. Another nine months elapsed before Mr. Bingham was indicted on March 18, 2022.

3.      The Federal Defender for the Middle District of Alabama represented Mr. Bingham from June 30, 2021, until March 21, 2023, on which date the Court allowed the Federal Defender to withdraw and appointed Undersigned Counsel to represent Mr. Bingham. During the nearly 21 months that the Federal Defender represented Mr. Bingham, no trial date was set.

4.      On May 30, 2023, the Court set this case for trial on November 13, 2023. Upon Mr. Bingham's first motion to continue trial, the Court set the current trial date of February 5,

2024.

5.      This case is complex. Due to the complex nature of the case, as previously noted,

the Federal Defender represented Mr. Bingham for nearly 21 months without the case being set

for trial. Undersigned Counsel has represented Mr. Bingham for a little less than nine months.

6.      Mr. Bingham moves the Court to the continue the case to allow time to have Mr.

Bingham examined by a psychologist (Doc. 67), to allow time for additional case investigation

(Doc. 68), and to appoint additional counsel (Doc 69).

**WHEREFORE,** Mr. Bingham moves the Court to continue for 180 days his trial that is

now set for February 5, 2024.

Dated this 11th day of January, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2024, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to all counsel of

record.


Respectfully submitted,


**/s/ Donnie W. Bethel**

**DONNIE W. BETHEL**

Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net