IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:22-CR-00092-DLF** |
| | ) | |
| **BRIAN BINGHAM** | ) | |

## RESPONSE TO COURT ORDER

**BRIAN BINGHAM**, through Undersigned Counsel, responds to the Court's First Revised Pre-Trial Order, Paragraph 4, as follows.

1. On January 11, 2024, Mr. Bingham filed a Motion for Extraordinary Expense (Psychologist). Mr. Bingham intended for this motion to be filed ex parte, but Undersigned Counsel's attempt to file it as such failed. The purpose of the request was to have Mr. Bingham evaluated as to his competency at the time he allegedly committed the offenses charged in the Indictment.

2. The parties and the Court discussed this motion at the pretrial motions hearing held on January 12, 2024.

3. A psychologist retained by Mr. Bingham evaluated Mr. Bingham on February 12, 2024. Undersigned Counsel expects to have a written report by February 20th.

4. Based on Undersigned Counsel's consultation with the psychologist, Undersigned Counsel is satisfied that Mr. Bingham was competent at the time he allegedly committed the offenses charged in the Indictment. Consequently, Mr. Bingham will not raise an insanity defense, as discussed in Federal Rule of Criminal Procedure 12.2.

5. The evaluation of Mr. Bingham conducted by a psychologist at the request of

Undersigned Counsel is privileged attorney work product. Because Mr. Bingham will not raise an insanity defense, he does not intend to disclose the contents of the report to the Government or to any third party at this time.

Dated this 16th day of February, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

## CERTIFICATE OF SERVICE

I certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net