IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00092-DLF |
| | ) | |
| BRIAN BINGHAM | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

**BRIAN** BINGHAM, through Undersigned Counsel, moves the Court to modify his conditions of release (Doc. 10) by striking the restriction that he "stay away from Washington, D.C. . . ." In support of this motion, Mr. Bingham states as follows.

1. Mr. Bingham was released on a personal-recognizance bond on June 30, 2021.

2. Condition 7(f) of the Order Setting Conditions of Release states that: "The defendant must abide by the following restriction on personal association, residence, or travel: Stay away from Washington, D.C., except for attendance at Court proceedings, meeting with counsel, and required PSA business."

3. Mr. Bingham has been free on bond for nearly 32 months, without incident.

4. The restriction placing the entire District of Columbia off-limits to Mr. Bingham is excessive.

5. Mr. Bingham wishes to attend a legal workshop that is conducted in the District. His blanket travel restriction prevents his supervising probation officer from approving his travel to the District.

6. Mr. Bingham's travel to the District of Columbia, like his travel anywhere else,

should be at the discretion of his supervising probation officer.

**WHEREFORE,** Mr. Bingham moves the Court to modify his conditions of release (Doc. 10) by striking the restriction that he stay away from Washington, D.C.

Dated this 20th day of February, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

## **CERTIFICATE OF SERVICE**

I certify that on Feruary 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net