UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-92 (DLF) |
| v. : | |
| : | |
| BRIAN GLENN BINGHAM, : | |
| : | |
| Defendant. : | |

### JOINT PRETRIAL STATEMENT

The parties in the above-captioned action hereby submit the following joint pretrial statement pursuant to the Court's January 17, 2024 Revised Pretrial Order. *See* ECF No. 72.

On January 6, 2021, the events at the United States Capitol disrupted the certification of the 2020 presidential election. The United States has charged the defendant, Brian Bingham, with six crimes stemming from the events at the Capitol on January 6, 2021. Specifically, the defendant is charged with assaulting a law enforcement officer. The defendant is also charged with obstructing, impeding, and interfering with a law enforcement officer during the commission of a civil disorder. The defendant is further charged with unlawfully entering and remaining, and engaging in disorderly and disruptive conduct, while in a restricted building or grounds. Finally, the defendant is charged with engaging in disorderly and disruptive conduct, and unlawfully parading, demonstrating, and picketing, while inside the Capitol building. The defendant denies each charge.

The United States does not seek to use at trial any prior convictions for impeachment or any other purpose. And the parties do not seek a jury instruction on any lesser included offenses.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:      */s/   Jake E. Struebing*
              JAKE E. STRUEBING
              Assistant United States Attorney
              United States Attorney's Office
              601 D Street, N.W.
              Washington, DC 20530
              D.C. Bar No. 1673297
              (202) 252-6931
              Jake.Struebing@usdoj.gov

              */s/   Christopher D. Amore*
              CHRISTOPHER D. AMORE
              Assistant United States Attorney
              United States Attorney's Office
              Capitol Siege Section Detailee
              601 D Street, N.W.
              Washington, DC 20530
              N.Y. Bar No. 5032883
              (973) 645-2757
              Christopher.Amore@usdoj.gov

              */s/ Don Bethel*
              DON BETHEL
              The Bethel Law Firm
              PO Box 680431
              Prattville, AL 36068
              (334) 354-6498
              donbethel@att.net