IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:22-CR-00092-DLF |
| ) | |
| BRIAN BINGHAM ) | |

### THIRD MOTION TO MODIFY CONDITIONS OF RELEASE

**BRIAN** BINGHAM, through Undersigned Counsel, moves the Court to modify his conditions of release (Doc. 10) by allowing Mr. Bingham to travel to Washington, D.C., on April 18, 2024, to attend a legal workshop. In support of this motion, Mr. Bingham states as follows.

1. In his second motion to modify conditions of release (Doc. 74), Mr. Bingham requested that his travel restriction that bars him from travel to the District be removed entirely. More specifically, Mr. Bingham stated that he desired to travel to the District so that he could attend a legal workshop. The Court denied the motion, and, as to the workshop, asked for additional information, should Mr. Bingham renew his request.

2. Mr. Bingham is now asking the Court only to authorize his travel to attend the workshop, rather than lift the blanket restriction on his travel. Mr. Bingham hereby responds to the Court's request for more information about the legal workshop:

   a. The workshop is the Advice and Referral Clinic, sponsored by the DC Bar Pro Bono Center[1];

   b. The clinic will next be offered on April 18, 2024, from 10:00 a.m. to noon;

---
1 https://www.dcbar.org/pro-bono/free-legal-help/help-for-individuals/advice-referral-clinic

      c.      The location is Bread for the City, 1700 Marion Berry Avenue SE;

      d.      Mr. Bingham has a private, civil legal matter he wishes to pursue, which matter is unrelated to this case; it is related to his status as an honorably-discharged veteran of the Armed Forces and his prior service in the United States Army. Mr. Bingham believes jurisdiction for his potential claims will lie in the federal district court in Washington, D.C. The clinic that he wishes to attend "provides individuals who don't have their own lawyer an opportunity to discuss with volunteer attorneys civil legal problems governed by D.C. Law . . . ."[2] Mr. Bingham believes his attendance at the clinic will be an excellent starting point in helping him understand what he must do to pursue his claims stemming from his service in the Army.

**WHEREFORE,** Mr. Bingham moves the Court to modify his conditions of release (Doc. 10) by allowing him to travel to Washington, D.C., on Saturday, April 18, 2024, to attend the above-described legal workshop.

Dated this 10th day of April, 2024.

    Respectfully submitted,

    **/s/ Donnie W. Bethel**
    DONNIE W. BETHEL
    Bar No.: ASB-7184-F26X
    P.O. Box 680431
    Prattville, AL 36068
    (334-354-6498)
    Email: donbethel@att.net

---

[2] *Id.*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net