IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )    **CASE NO. 1:22-CR-00092-DLF** |
| | ) |
| **BRIAN BINGHAM** | ) |

**RESPONSE TO COURT ORDER—OBJECTIONS TO GOVERNMENT EXHIBITS**

**BRIAN BINGHAM**, through Undersigned Counsel, objects to the Government's exhibits as follows: Exhibits 505 through 508, all of which are related to Safeway stores, have no relevance to this case.

Dated this 19th day of April, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email: donbethel@att.net

## **CERTIFICATE OF SERVICE**

I certify that on April 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net