IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00092-DLF |
| | ) | |
| BRIAN BINGHAM | ) | <u>UNDER SEAL</u> |

## <u>MOTION FOR COMPETENCY EVALUATION</u>

**BRIAN BINGHAM**, through Undersigned Counsel, moves the Court to order that Mr. Bingham be committed to the custody of the Bureau of Prisons to have a competency evaluation conducted. In support of this motion, Undersigned Counsel states the following.

1. During a meeting with Mr. Bingham this afternoon, Undersigned Counsel witnessed bizarre behavior that caused Undersigned Counsel great alarm.

2. This behavior was like nothing Undersigned Counsel has witnessed in 34 years of practicing law. Rather than detail that behavior here, Undersigned Counsel intends to explain the behavior in detail on the record when court convenes on Monday, April 22, 2024.

3. Undersigned Counsel has explained to Mr. Bingham that Undersigned Counsel feels that he has an ethical obligation to raise this issue with the Court. Mr. Bingham expressed that he understood that.

4. Undersigned Counsel further explained to Mr. Bingham that if the Court grants this motion, that would mean that Mr. Bingham would likely be taken into custody immediately, may languish in a local jail for many months while waiting for bed space to open up at an appropriate BOP facility, and then spend several more months at the BOP facility for

the psychiatric examination. Mr. Bingham also expressed that he understood that.

**WHEREFORE,** Mr. Bingham moves the Court to commit him to the custody of the Bureau of Prisons to have a competency evaluation conducted.

Dated this 21st day of April, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

### CERTIFICATE OF SERVICE

I certify that on April 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net