# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                          ) | CASE NO. 1:22-CR-00092-DLF |
| ) | |
| BRIAN BINGHAM                ) | |

## RESPONSE TO COURT ORDER RE: AMENDED MOTION FOR PSYCHIATRIC EXAM AND MOTION TO SEAL

**BRIAN BINGHAM**, through Undersigned Counsel, responds to the court's order of April 21, 2024. Undersigned Counsel did not see the Court's order until 5:13 p.m. today.

1. Mr. Bingham intends for his Amended Motion for Psychiatric Examination to be sealed, but has been unable to discern how to e-file documents under seal. To clarify, Mr. Bingham did not intend to file the motion ex parte.

2. Mr. Bingham does not understand what information the Court wishes for him to redact from his motions.

3. Mr. Bingham moves the Court to seal both his motion (Doc. 91) and his amended motion (Doc. 92).

Dated this 21st day of April, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X
P.O. Box 680431

Prattville, AL 36068<br>
(334-354-6498)<br>
Email:  donbethel@att.net

## CERTIFICATE OF SERVICE

I certify that on April 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net