# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 1:22-CR-00092-DLF |
| ) | |
| BRIAN BINGHAM   ) | |

## RESPONSE TO COURT ORDER

**BRIAN BINGHAM**, through Undersigned Counsel, responds to the court's second order dated April 21, 2024.

1. The Government's suggestion that Mr. Bingham's motion is some sort of 'dilatory tactic' is disingenuous and patently absurd.

2. Immediately after meeting with Mr. Bingham on April 20, 2024, Undersigned Counsel spoke by telephone with both prosecutors. Undersigned Counsel explained in detail what he had just witnessed and what his course of action would be. The subsequent motion was not a surprise at all to the prosecutors.

3. Further, should the Court grant the motion, Mr. Bingham will have his bond revoked (at least temporarily), will be taken into custody, will languish in some hell-hole of a local jail for who knows how long while awaiting bed space in the BOP, and will spend many months in prison while the BOP conducts its evaluation, before Mr. Bingham is returned to this district. Such severe consequences, resulting in Mr. Bingham's loss of freedom and incarceration, could in no wayqualify as a 'dilatory tactic'.

4. Because of the current motion, Mr. Bingham's earlier assertion of attorney-client

work product is moot. Mr. Bingham has previously had not one but two psychological examinations, one to assess his current competency and one to assess his competency at the time of the alleged commission of the offense. Mr. Bingham now readily concedes that, in light of his current motion, both assessments are highly relevant to the Court's consideration of and ruling on the motion. Even before the Court issued its order, Undersigned Counsel had already determined that he would provide the Court with copies of both.

      Dated this 21st day of April, 2024.

      Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

## CERTIFICATE OF SERVICE

    I certify that on April 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email: donbethel@att.net