UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Criminal Case No. 1:22-cr-92 |
| BRIAN GLENN BINGHAM : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the motion by the Defendant for an examination of the mental competency of Defendant, pursuant to 18 U.S.C. § 4241, and the representations made in support thereof, it is this 22nd day of April 2024,

**ORDERED** that Defendant Brian Bingham be examined by the psychological or psychiatric staff of the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for an assessment of Defendant's competency, and that after such examination a report be made to this Court as to

(1) Whether Defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2) If the answer to the preceding question is in the negative, whether the examining psychiatrist believes Defendant should be subject to further examination and treatment.

The Court requests, but does not order, that the report generated as a result of this evaluation be completed by April 29, 2024, subject to the availability of staff resources to honor this request.

It is **ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the preliminary competency examination and report. The AUSA should coordinate payment through the United States Attorney's Office for the District of Columbia.

**SO ORDERED**.

Date: April 22, 2024

DABNEY FRIEDRICH
UNITED STATES DISTRICT JUDGE