UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-92 (DLF) |
| v. : | |
| : | |
| BRIAN GLENN BINGHAM : | |
| : | |
| : | |
| Defendant. : | |

# ORDER

Based on the entire record, including the report from Dr. Grant's preliminary competency screening evaluation and report, and the parties' representations, the Court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Accordingly, it is hereby:

**ORDERED** that a psychiatric or psychological examination of the defendant be conducted pursuant to 18 U.S.C. § 4241(b).

**ORDERED** that the defendant voluntarily surrender, for a period not to exceed 30 days, which may be extended upon request of the director of the facility conducting the evaluation for good cause shown by 15 days, to the custody of the Attorney General for purposes of an examination pursuant to 18 U.S.C. § 4241(b) at a suitable facility, **on or before May 24, 2024**. The Court recommends that the evaluation be conducted at the Federal Detention Center at Miami, Florida.

**ORDERED** that the examination be conducted and a report issued pursuant to the procedures set forth in 18 U.S.C. §§ 4247(b) and (c), which shall include the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally

incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense. Such report shall be filed under seal on or before July 31, 2024.

**ORDERED** that the parties and the defendant shall appear remotely for a status conference within one week of the completion of the defendant's evaluation, but no later than July 31, 2024. The parties shall reach out to the Courtroom Deputy to schedule that conference.

Dated: May 17, 2024

HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE