IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00092-DLF |
| | ) | |
| BRIAN BINGHAM | ) | **UNDER SEAL** |

**RESPONSE TO COURT ORDER**

Undersigned Counsel hereby notifies the court that he has complied with the Court's order dated June 4, 2024, by forwarding the following documents to Dr. Lisa Feldman at the Federal Detention Center—Miami:

1. Psychological Report, prepared by Dr. Christine Bailey, dated April 24, 2023;

2. Forensic Psychological Evaluation, prepared by Dr. David Ghostley, dated February 19, 2024;

3. Report to the Court, prepared by Dr. Teresa Grant, dated May 1, 2024;

4. Transcript of the Motion Hearing held on April 22, 2024.

Dated this 6th day of June, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email: donbethel@att.net

## CERTIFICATE OF SERVICE

I certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net