**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:22-CR-00092-DLF** |
| | ) | |
| **BRIAN BINGHAM** | ) | |

**REDACTED MOTION TO WITHDRAW FROM REPRESENTATION AND
TO APPOINT SUBSTITUTE COUNSEL**

Undersigned Counsel moves the Court to allow him to withdraw as appointed counsel for Brian Bingham and to appoint substitute counsel. In support of this motion, Undersigned Counsel states the following.

1.

2.

3.

4.

5.    [O]n May 21, 2024, Mr. Bingham prepared and signed a complaint against Undersigned Counsel, which he then submitted to the Alabama State Bar Disciplinary Commission, in which he alleges that Undersigned Counsel violated Rule 1.6 of the Alabama Rules of Professional Conduct: Client-Lawyer Relationship, Confidentiality of Information. The Commission received the complaint on May 28th, and served it on Undersigned Counsel on June 3rd. The Commission ordered Undersigned Counsel to respond to the complaint within 14 days.

6.    On June 14, 2024, Undersigned Counsel filed his response to the complaint with

the Disciplinary Commission. In that response, Undersigned Counsel had no choice but to disclose certain confidential communications that he has had with Mr. Bingham.

7.     Due to Mr. Bingham filing his complaint with the Disciplinary Commission, and Undersigned Counsel having to reveal confidential communications in response to that complaint, the attorney-client relationship is now irretrievably broken. It would be impossible moving forward for Undersigned Counsel to effectively represent Mr. Bingham in any meaningful way—especially while his complaint against Undersigned Counsel is being evaluated and investigated by the Disciplinary Commission.

**WHEREFORE,** Undersigned Counsel moves the Court to allow him to withdraw as appointed counsel for Brian Bingham and to appoint substitute counsel.

Dated this 25th day of June, 2024.

Respectfully submitted,

**/s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334-354-6498)
Email:  donbethel@att.net

## CERTIFICATE OF SERVICE

I certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to all counsel of

record.

Respectfully submitted,

**/s/ Donnie W. Bethel**

**DONNIE W. BETHEL**

Bar No.: ASB-7184-F26X

P.O. Box 680431
Prattville, AL 36068
(334) 354-6498
Email:  donbethel@att.net