United States District Court
District of Columbia

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Brian Glenn Bingham,<br><br>   Defendant. | Case No. 1:22-cr-00092-DLF-1 |

**NOTICE OF APPEARANCE**

 NOTICE is hereby given that Assistant Federal Public Defender, Kevin A. Tate, will serve as counsel for the above captioned defendant.

 Counsel's address is as follows:

  Federal Public Defender
  411 E. Bonneville Ave. Suite 250
  Las Vegas, NV  89101

**Dated:** July 24, 2024.        Respectfully submitted,

            RENE L. VALLADARES
            Federal Public Defender

         By:

            */s/Kevin A. Tate*
            KEVIN A. TATE
            Assistant Federal Public Defender
            Attorney for Brian Glenn Bingham

## Certificate of Electronic Service

I hereby certify on the 24th day of July, 2024 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Jeremy Kip*

Employee of the Federal Public Defender