UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-92 (DLF) |
| v. : | |
| : | |
| BRIAN GLENN BINGHAM : | |
| : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The parties in the above-captioned action respectfully submit this joint status report pursuant to the Court's minute order dated August 1, 2024. On May 17, 2024, this Court ordered that a psychiatric or psychological examination of the defendant be conducted pursuant to 18 U.S.C. § 4241(b). The defendant reported to the Federal Detention Center at Miami, Florida on May 24, 2024 and was released on June 14, 2024. During that time, Dr. Lisa B. Feldman conducted a competency evaluation of the defendant. On July 10, 2024, Dr. Feldman issued her report concluding that the defendant "does not suffer from a severe mental disease or defect that would preclude his ability to understand the nature and consequences of the proceedings against him, or to assist his attorney in his own defense."

Based on the above, the defendant does not intend to challenge his competency to stand trial. The parties agree to stipulate to Dr. Feldman's report and will waive the right to present evidence at the upcoming competency hearing on September 18, 2024. The parties further agree to allow Dr. Feldman to appear remotely at the hearing should the Court have any questions about the report.

Respectfully submitted,

*/s/ Jake E. Struebing*
JAKE E. STRUEBING
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
D.C. Bar No. 1673297
(202) 252-6931
Jake.Struebing@usdoj.gov

CHRISTOPHER D. AMORE
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Detailee, Capitol Siege Section
601 D Street, N.W.
Washington, DC 20530
N.Y. Bar No. 5032883
(973) 645-2757
Christopher.Amore@usdoj.gov

*/s/ Kevin A. Tate*
KEVIN A. TATE
Litigation Resource Counsel
Federal Public Defender, District of Nevada
411 E. Bonneville Ave.
Las Vegas, NV 89101
(702) 388-5148
Kevin_Tate@fd.org