UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 22-cr-92 (DLF) |
| v. | : | |
| | : | |
| **BRIAN GLENN BINGHAM,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' RESPONSE TO THE COURT'S PROPOSED JURY INSTRUCTIONS AND VOIR DIRE

The United States respectfully submits this response to the Court's proposed voir dire and jury instructions. *See* ECF Nos. 113 and 114. The United States has no objections to the Court's proposed voir dire and jury instructions.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        DC Bar No. 481052

By:   */s/ Jake E. Struebing*
        JAKE E. STRUEBING
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        D.C. Bar No. 1673297
        (202) 252-6931
        Jake.Struebing@usdoj.gov

        CHRISTOPHER D. AMORE
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        Detailee, Capitol Siege Section
        601 D Street, N.W.
        Washington, DC 20530
        N.Y. Bar No. 5032883
        (973) 645-2757
        Christoper.Amore@usdoj.gov