IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Brian Bingham,<br><br>      Defendant. | Case No. 1:22-cr-00092-DLF<br><br>**Notice of Intent to Introduce Expert Testimony Pursuant to Rule 16 and Rule 12.2** |

      BRIAN BINGHAM ("Mr. Bingham"), by and through his counsel of record, Kevin A. Tate and Benjamin Nemec, Assistant Federal Defenders, District of Nevada, files the following Notice of Intent to Introduce Expert Testimony Pursuant to Rule 16 and Rule 12.2.

      The defense anticipates calling Dr. David C. Ghostley, a licensed clinical psychologist and certified forensic examiner. Dr. Ghostley examined Mr. Bingham earlier this year. Based on a clinical interview and a review of collateral data sources, Dr. Ghostley diagnosed Mr. Bingham with Post Traumatic Stress Disorder (PTSD) and Traumatic Brain Injury, and concluded that it was highly probable that Mr. Bingham's PTSD was instrumental to his alleged conduct.

      Dr. Ghostley is expected to testify concerning his education and qualifications in his field of expertise, as well as his process and methodology in arriving at his diagnoses of Mr. Bingham. It is further anticipated that Dr. Ghostley will address those diagnoses generally and will describe their diagnostic criteria, symptomatology, and the behaviors characteristic of those conditions. A fuller explanation of Dr. Ghostley's findings and conclusions regarding Mr. Bingham's is contained in his report, which has already been disclosed to the Court and counsel. Dr. Ghostley will testify consistent with his report.

      As soon as practicable, the defense intends to supplement this notice under Rule 16(b)(1)(C) with Dr. Ghostley's curriculum vitae, report, and Rule 16 disclosures containing a

list of all publications authored in the previous 10 year and all cases in the past 4 years in which Dr. Ghostley has testified as an expert at trial or by deposition. The Court and counsel are already in possession of Dr. Ghostley's report, which is signed. Fed. R. Crim. P. 16(b)(1)(C)(v) (noting that a signed report satisfies the signature requirement for expert disclosures).

Respectfully submitted,

*/s/ Benjamin Nemec*
Kevin A. Tate
Litigation Resource Counsel-AFD
Nevada State Bar No: 8987
Benjamin Nemec
Assistant Federal Defender
Nevada State Bar No. 14591
411 East Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
Email: Kevin_Tate@fd.org
       Ben_Nemec@fd.org
Phone: (702) 388-6577

**Counsel for Brian Bingham**

**Dated**: October 11, 2024