IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO. 1:22-CR-00092-DLF |
| BRIAN BINGHAM | |
| Defendant. | |

## MOTION TO WITHDRAW
## NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY
## OF DR. DAVID GHOSTLEY ECF DOC. # 117

Brian Bingham ("Mr. Bingham"), through undersigned counsel, hereby moves defense Notice of Intent to Introduce Expert Testimony at trial of Dr. David Ghostley ECF Doc. # 117. As grounds for this motion, undersigned counsel avers:

**I.  Basis for Withdrawal of Motion**

The defense anticipates calling Dr. Carl Castro, a licensed research clinical psychologist. ECF Doc. No: 119. Dr. Castro personally interviewed Mr. Bingham, and has reviewed collateral data sources, including relevant military records, military and Veterans Administration medical records, and the court-ordered psychological evaluations conducted by Dr. Lisa Feldman and Dr. Teresa Grant. In addition, he has reviewed the two defense-initiated psychological evaluations conducted by Dr. Christine B. Bailey and Dr. David C. Ghostley. Based on those psychological reports, Dr. Castro was subsequently Noticed as a trial witness.

Dr. Ghostley's anticipated testimony would not only be redundant, but it would also be less informed that that of Dr. Castro.  Therefore, undersigned counsel, on behalf of Mr. Bingham moves to with withdraw the Notice of Expert Testimony related to Dr. Ghostley, ECF Doc. No 117.

DATED this 21st day of October 2024.

                                Respectfully submitted,

                                */s/ Kevin A. Tate*
Kevin A. Tate
Litigation Resource Counsel
Assistant Federal Defender
Nevada State Bar No: 8987
Benjamin Nemec
Assistant Federal Defender
Nevada State Bar No. 14591
411 East Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
Email: Kevin_Tate@fd.org
        Ben_Nemec@fd.org

**Counsel for Brian Bingham**