CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                  )   Criminal No.:   CR 22-92

BRIAN BINGHAM

## NOTE FROM JURY

For the purposes of Count 4 element 2 and 3, does "government business or official functions" include activities of MPD, Secret Service and/or Capitol Police?

Alternatively, is there a legal definition of what is included in "government business or official functions"?

Date: Nov. 1, 2024
Time: 4:15 PM

CSO WILLIAMS
4:12PM
11/1/24