## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Crim. No. 22-cr-00092 (DLF)** |
| | : | |
| v. | : | |
| | : | |
| BRIAN GLENN BINGHAM, | : | |
| | : | |
| Defendant. | : | |

### VERDICT FORM

**Count One:**  Civil Disorder

_____✓_____                          _____
Guilty                                          Not Guilty

**Count Two:**  Assaulting, Resisting, or Impeding Certain Officers

_____✓_____                          _____
Guilty                                          Not Guilty

**Count Three:**  Entering and Remaining in a Restricted Building or Grounds

_____✓_____                          _____
Guilty                                          Not Guilty

**Count Four:**  Disorderly and Disruptive Conduct in a Restricted Building or Grounds

_____✓_____                          _____
Guilty                                          Not Guilty

**Count Five:**  Disorderly Conduct in a Capitol Building

_____✓_____                          _____
Guilty                                          Not Guilty

**Count Six:**  Parading, Demonstrating, or Picketing in a Capitol Building

_____✓_____                          _____
Guilty                                          Not Guilty

Date: November 1, 2024

5:04 PM