**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:22-cr-00092-DLF**

**United States v. Brian Bingham**

**PRO SE MOTION TO UNSEAL DOCKET ENTRY 104**

Plaintiff Brian Bingham moves to unseal sealed notice (Docket 104, June 4, 2024) re: warden records. The case is dismissed with prejudice per presidential pardon (Jan. 21, 2025, source document being withheld from pardoned party). No ongoing privacy, security, or investigative interest exists. Unsealing is essential for civil malpractice claims against former counsel involving misconduct in those records. Public access presumption applies under common law and First Amendment (Nixon v. Warner Communications, 435 U.S. 589). No prejudice to parties; request expedited, in camera review if needed.

Respectfully,
Brian Bingham

3/25/2026